IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **BRITTANY J. CREWS,** *Defendant.* | **CRIMINAL ACTION NO.** **5:20-cr-00028-TES-CHW** |

### ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

The United States filed a Joint Motion to Continue Trial in the Interests of Justice [Doc. 20] requesting the Court to "continue this case for purposes of entering into a pretrial diversion agreement." [Doc. 20, p. 1].

On August 11, 2020, the Grand Jury charged Defendant with one court of Theft of Mail by Postal Employee in violation of 18 U.S.C. § 1709. [Doc. 1, p. 1]. During Defendant's initial appearance and arraignment on September 17, 2020, she pled not guilty and was released on a personal recognizance bond. [Doc. 13]; [Doc. 14]; [Doc. 17, p. 1]. According to the Government's Motion, United States Probation Office "is currently conducting an investigation to determine if Defendant is a suitable candidate for pretrial diversion." [Doc. 20, p. 1, ¶ 2]. In order for Probation to "properly assess[]" Defendant, the parties seek a continuance. [*Id.* at p. 2, ¶ 2].

Consistent with the parties' request, the Court **GRANTS** the Joint Motion to Continue Trial in the Interests of Justice [Doc. 20] so that Defendant and the

Government may enter into and "prepare for the completion of pretrial diversion." [*Id.* at p. 2, ¶ 3]. If the parties reach a pretrial diversion agreement, the time during this deferral of prosecution in which Defendant may demonstrate her good conduct, shall be deemed excludable pursuant to the Speedy Trial Act. 18 U.S.C. § 3161(h)(2). Until such an agreement is reached, however, the Court **CONTINUES** this case to its next regularly scheduled Trial Term—December 15, 2020. The ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 30th day of September, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
