IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:20-CR-28-TES-CHW |
| v. | : |
| | : |
| BRITTANY J. CREWS, | : |
| | : |
| Defendant. | : |

### ORDER TO DISMISS

Before the Court is the United States' unopposed motion to dismiss the above-styled Indictment as to Defendant Brittany J. Crews pursuant to Federal Rule of Criminal Procedure 48(a) due to the successful completion of the terms of her pre-trial diversion agreement. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1 and hereby ORDERS that the pending Indictment against Defendant Brittany J. Crews be DISMISSED with prejudice.

**SO ORDERED**, this 6 day of February, 2023.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT